KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
RENU R. GEORGE
Deputy Attorney General
State Bar No. 262310
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-8220
  Fax: (916) 324-5567
  E-mail: Renuka.George@doj.ca.gov
*Attorneys for Defendants Howard Backer and Daniel Smiley, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA FIRE CHIEFS ASSOCIATION, INC.,**<br><br>                    Plaintiff(s),<br><br>v.<br><br>**HOWARD BACKER, ET AL.,**<br><br>                    Defendant(s). | 2:15-cv-02351-TLN-AC<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER THEREON [Local Rule 144(a)]**<br><br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: November 12, 2015 |

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 144(a), Plaintiff California Fire Chiefs Association, Inc. and Defendants Howard Backer and Daniel Smiley, by and through their respective counsel, hereby stipulate to grant Defendants additional time to respond to Plaintiff's Complaint as set forth below:

///

1

Joint Stipulation Extending Time for Defendants to Answer Complaint and Order thereon [Local Rule 144(a) (2:15-cv-02351-LN-AC)

1    WHEREAS, Plaintiff filed a Complaint on November 12, 2015 naming
2    Howard Backer and Daniel Smiley, in their official capacities, as Defendants in this
3    action;
4    WHEREAS, on November 23, 2015, Plaintiff served Defendants with the
5    Summons and Complaint;
6    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i),
7    Defendants' response to Plaintiff's Complaint is due December 14, 2015;
8    WHEREAS, Defendants require additional time in which to respond to
9    Plaintiff's Complaint;
10   WHEREAS, in the interest of justice and in an effort to enhance judicial
11   efficiency and preserve resources, Plaintiff agrees to grant Defendants additional
12   time in which to respond to the Complaint;
13   WHEREAS, the extension sought will not alter the date of any event or
14   deadline already fixed by Court Order.
15   NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE
16   that the time in which Defendants shall respond to the Complaint in this action shall
17   be continued twenty-eight (28) days until January 11, 2016.
18   / / /
19   / / /
20   / / /

2   Joint Stipulation Extending Time for Defendants to Answer Complaint and Order thereon [Local Rule 144(a) (2:15-cv-02351-LN-AC)

| | |
|---|---|
| Dated:  December 7, 2015 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General |
| | */s/ Renu R. George* |
| | RENU R. GEORGE<br>Deputy Attorney General<br>*Attorneys for Defendants Howard Backer and Daniel Smiley* |
| | */s/ Joseph T. Ergastolo*<br>*as authorized on 12/7/15* |
| Dated:  December 7, 2015 | JOSEPH T. ERGASTOLO<br>Law Office of Wright, L'Estrange & Ergastolo<br>*Attorney for Plaintiff California Fire Chiefs Association, Inc.* |

## ORDER THEREON

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Defendants' time to serve and file a response to Plaintiff's Complaint in the above entitled action be extended from December 14, 2015 to January 11, 2016 pursuant to Local Rule 144(a).

Dated:  December 8, 2015

_____
Troy L. Nunley
United States District Judge

3

Joint Stipulation Extending Time for Defendants to Answer Complaint and Order thereon [Local Rule 144(a) (2:15-cv-02351-LN-AC)