WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA 92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiff California Fire Chiefs Association, Inc.

KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
RENU R. GEORGE (SBN 262310)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 445-8220; Fax: (916) 324-5567
Renuka.George@doj.ca.gov

Attorneys for Defendants
Howard Backer and Daniel Smiley, in their official capacities

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FIRE CHIEFS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD BACKER, in his Official Capacity as Director of the California Emergency Medical Services Authority, and DANIEL R. SMILEY, in his Official Capacity as Deputy Director of the California Emergency Medical Services Authority, <br><br> Defendants. | Case No.: 2:15-cv-02351-TLN-AC <br><br> STIPULATION AND ORDER RE: JOINT STATUS REPORT |

Plaintiff California Fire Chiefs Association, Inc. ("Plaintiff"), Defendant Howard Backer, in his official capacity as Director of the California Emergency Medical Services Authority ("EMSA") and Defendant Daniel Smiley, in his official capacity as Chief Deputy Director of EMSA ("Defendants"), by and through their attorneys of record, stipulate as follows:

1. Plaintiff filed its Complaint for declaratory relief on November 12, 2015 (Dkt. 1).

2. On November 12, 2015, the Court issued an order requiring that the parties hold a Federal Rule of Civil Procedure 26(f) conference and file a Joint Status Report within 60 days of service of the complaint (Dkt. 2).

3. Plaintiff caused Defendants to be served on November 23, 2015 (Dkt. 9).

4. On December 9, 2015, the Court granted the parties' Local Rule 144(a) stipulation extending Defendants time to answer or otherwise respond to the Complaint until January 11, 2016 (Dkt. 6).

5. On January 11, 2016, Defendants moved to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6). The hearing date on Defendants' motions to dismiss is set for February 25, 2016 (Dkt. 10).

6. On January 13, 2016, the parties met and conferred to discuss the Joint Status Report.

7. The parties agree that good cause exists to postpone the preparation and filing of the Joint Status Report until the Court hears and resolves Defendants' pending Rule 12(b)(1) and 12(b)(6) motions to dismiss.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 12, 2015 be postponed until no later than 14 days following

/ / /

/ / /

/ / /

the entry of an order by this Court resolving Defendants' pending Rule 12(b)(1) and 12(b)(6) motions to dismiss.

                                      WRIGHT, L'ESTRANGE & ERGASTOLO
                                      Attorneys for Plaintiff California Fire Chiefs Association, Inc.

Dated: January 15, 2016         By   s/*Joseph T. Ergastolo*
                                             Joseph T. Ergastolo
                                             jte@wlelaw.com

                                      RENU R. GEORGE
                                      Deputy Attorney General
                                      Attorneys for Defendants Howard Backer and Daniel Smiley, in their official capacities

Dated: January 15, 2016         By   s/*Renu R. George*
                                             Renu R. George
                                           Renuka.George@doj.ca.gov
                                           *As authorized on 1/15/2016*

## ORDER THEREON

Upon consideration of the parties' Stipulation re: Joint Status Report and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 12, 2015 be postponed until no later than 14 days following the entry of an order by this Court resolving Defendants' pending Rule 12(b)(1) and 12(b)(6) motions to dismiss.

**IT IS SO ORDERED.**

Dated:  January 15, 2016

                                                        Troy L. Nunley
                                                      United States District Judge